**UNITED STATES BANKRUPTCY COURT**
Southern District of Texas

In re: Jamison Hamlin Dyer                                  Case # 24-80163

                                                            Claim # 11

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

  PLEASE TAKE NOTICE THAT, pursuant to Rule 3006 of the Federal Rules of Bankruptcy Procedure, Midland Credit Management, Inc. as agent for Midland Funding hereby withdraws Proof of Claim number 11 dated August 7, 2024.

Dated: October 1, 2024

                                        /s/ Angela Walmsley
                                        Lead Bankruptcy Specialist
                                        Midland Credit Management, Inc.
                                        PO Box 2037
                                        Warren, MI 48090
                                        Phone: 877-495-2902
                                        Fax: 866-818-1718
                                        Email: bankruptcydm@mcmcg.com