United States Bankruptcy Court
Southern District of Texas
**ENTERED**
October 02, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| In re: | § | Case: 24-80163-G-13 |
|    JAMISON DYER | § | Chapter 13 |
|    Debtor | § | |

### ORDER ON DEBTOR'S OBJECTION TO PROOF OF CLAIM OF QUANTUM3 GROUP, LLC AS AGENT FOR CF MEDICAL, LLC , CLAIM NO. 6

CAME ON FOR CONSIDERATION the Debtor's Objection to the Proof of Claim of Quantum3 Group, LLC as agent for CF Medical, LLC dated June 18, 2024, in the amount of $1,517.00, and this Court having reviewed the pleadings and other matters has determined that the Claim of Quantum3 Group, LLC as agent for CF Medical, LLC, at Claim no. 6 is disallowed.

Signed: October 02, 2024

_____
Alfredo R Pérez
United States Bankruptcy Judge

Submitted By:

Reese W. Baker

950 Echo Lane, Suite 300

Houston, Texas  77024

Counsel for Debtor