UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| In re: JAMISON DYER | § | Case: 24-80163-G-13 |
| | § | |
| Debtor | § | Chapter 13 |

## UNSWORN DECLARATION UNDER PENALTY OF PERJURY REGARDING AMENDED PROOF OF CLAIM OF INTERNAL REVENUE SERVICE, CLAIM NO. 8

The undersigned, ("Declarant"), hereby makes this unsworn declaration under penalty of perjury. This Declaration is in connection with an objection to the following described amended proof of claim (the "Proof of Claim"):

Creditor: Internal Revenue Service ("Claimant")

Date of Proof of Claim: August 28, 2024

Amount of Proof of Claim: $68,507.37

Scheduled Collateral or Security for Claim (if any): None.

1. My name is Jamison Dyer and I am the debtor in this chapter 13 case.
2. I have personal knowledge of the claim and the reasons for the dispute.
3. I have reviewed the objection to the proof of claim of the Internal Revenue Service. The reasons for the dispute are set forth in the objection in detail are true and correct to the best of my knowledge.
4. I filed my 2021 and 2023 tax returns.
5. The Claim list two amounts for the 12/31/2014 and 12/31/2015 tax years.

Dated: October 23, 2024

/s/Jamison Dyer
Jamison Dyer

**THIS UNSWORN DECLARATION IS MADE UNDER PENALTY OF PERJURY**