IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| In re: JAMISON DYER | § | Case No.: 24-80163-G-13 |
| | § | |
| Debtor | § | Chapter 13 |

**NOTICE OF WITHDRAWAL OF DEBTOR'S OBJECTION TO CLAIM OF INTERNAL REVENUE SERVICE, CLAIM NO. 8, (Docket No. 103)**

Jamison Dyer withdraws his Objection to Claim of Internal Revenue Service, Claim No. 8, at docket no.103. The Internal Revenue Service has amended its proof of claim.

Dated: November 22, 2024

Respectfully submitted,

/s/Reese W. Baker
**Reese W. Baker**
**Texas Bar No. 01587700**
Sonya Kapp
TX Bar No. 11095395
Nikie Marie Lopez-Pagan
TX Bar No. 24090233
Baker & Associates
950 Echo Lane, Suite 300
Houston, Texas 77024
713-869-9200
713-869-9100 (fax)
ATTORNEYS FOR DEBTOR

**CERTIFICATE OF SERVICE**

I certify that on November 22, 2024, I caused a copy of the foregoing document to be served by the Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of Texas.

/s/Reese W. Baker
**Reese W. Baker**