IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-80163 |
| | § | |
| JAMISON HAMLIN DYER | § | |
|     Debtor | § | |
| | § | CHAPTER 13 |
| | § | |
| HARRIS COUNTY LGBS CLIENTS | § | |
|     Objectors | § | |
| vs. | § | CONTESTED MATTER |
| | § | |
| JAMISON HAMLIN DYER | § | |
|     Respondent | § | |

**HARRIS COUNTY LGBS CLIENTS' NOTICE OF WITHDRAWAL
OF OBJECTION TO PLAN CONFIRMATION**

YOU ARE HEREBY NOTIFIED that Harris County LGBS Clients' Objection to Plan Confirmation is WITHDRAWN, without prejudice.

Date: December 12, 2024

Respectfully submitted,

**LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP**

*/s/ Tara L. Grundemeier*

Tara L. Grundemeier
State Bar No. 24036691
Jeannie L. Andresen
State Bar No. 24086239
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 – Telephone
(713) 844-3503 – Telecopier
tara.grundemeier@lgbs.com
jeannie.andresen@lgbs.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 24-80163 |
| | § | |
| **JAMISON HAMLIN DYER** | § | |
|     Debtor | § | |
| | § | **CHAPTER 13** |
| | § | |
| **HARRIS COUNTY LGBS CLIENTS** | § | |
|     Objectors | § | |
| vs. | § | **CONTESTED MATTER** |
| | § | |
| **JAMISON HAMLIN DYER** | § | |
|     Respondent | § | |

**CERTIFICATE OF SERVICE**

    I hereby certify that a true and correct copy of the above and *foregoing Harris County LGBS Clients' Notice of Withdrawal of Objection to Plan Confirmation* was electronically served to those registered to receive service in this matter on CM/ECF for the Bankruptcy Court for the Southern District of Texas, and to the following recipients, if any, via First-Class mail, on December 12, 2024.

Debtor

Jamison Hamlin Dyer
4126 Avenue Q ½
Galveston, Texas 77550-6915

Attorney for Debtor

Reese W. Baker
Attorney at Law
950 Echo Lane, Suite 300
Houston, Texas 77024

Chapter 13 Trustee

Tiffany D. Castro
Office of Chapter 13 Trustee
1220 Augusta Drive, Suite 500
Houston, TX 77057

Respectfully submitted,

*/s/ Tara L. Grundemeier*

Tara L. Grundemeier
Texas State Bar No. 24036691
Jeannie L. Andresen
Texas State Bar No. 24086239
Post Office Box 3064
Houston, Texas 77253-3064
(713) 844-3478 Telephone
(713) 844-3503 Facsimile
tara.grundemeier@lgbs.com
jeannie.andresen@lgbs.com