

GEICO Texas County Mutual Insurance Company
Administered by The Top Five Club, Inc

15 GEICO Blvd
Fredericksburg, VA 22412
02/11/2025

Law Office Of Susan C Norman
Po Box 55585
Houston, TX 77255-5585

Claim Number:                              0001
Insured:                Christopher Kingston
Date of Loss:           06/17/2022
Your Client:            Jamison Hamlin Dyer

Dear Law Office Of Susan C Norman,

Pursuant to our settlement discussion(s) of 02/11/2025, we have agreed to settle your claim for the amount of $2,500.00, as a full and final settlement of the above captioned loss.

Once we receive the original release, signed and notarized, the check will be issued to your office. Please be advised that this amount is contingent upon the assumption that there are no other outstanding liens at the time of settlement. If we become aware of any additional liens prior to settlement checks being issued, you will be notified.

If you have any questions, please contact me at 1-800-841-5432, extension 0794.

Sincerely,

Jaya Broussard

Claims Department
GEICO Toll Free Number: (800) 841-3000

Enclosure: Freeform_Field

CL6 (MAR2021)

EXHIBIT A

**RELEASE**
IN FULL OF ALL CLAIMS

**CLAIM**:               0001

I/we, Jamison Hamlin Dyer a single or married individual, Releasor(s), of 426 Ave Q 1/2, City of Galveston, State of TX, being over the age of majority, for and in consideration of payment in the amount of two thousand five hundred ($2,500.00 ), lawful money of the United States of America to me/us in hand paid, the receipt of which is hereby acknowledged, do for myself/ourselves, my/our heirs, executors, administrators, successors and assigns, hereby remise, release, and forever discharge Christopher Kingston.

Releasee(s), successors and assigns, and/or his, her, they or their associates, heirs, executors and administrators, and all other persons, firms or corporations of and from any and every claim, demand, right or cause of action, of whatever kind or nature, on account of or in any way growing out of any and all personal injuries and consequences thereof, including, but not limited to, all causes of action preserved by the wrongful death statute applicable, any loss of services and consortium, any injuries which may exist but which at this time are unknown and unanticipated and which may develop at some time in the future, all unforeseen developments arising from known injuries, and any and all property damage resulting or to result from an accident that occurred on or about the 17th of June, 2022 at or near 56th & Q, Galveston, Texas and especially all liability arising out of said accident including, but not limited to, all liability for contribution and/or indemnity.

AS A FURTHER CONSIDERATION FOR THE MAKING OF SAID SETTLEMENT AND PAYMENT, IT IS EXPRESSLY WARRANTED AND AGREED:

(1) That I/we understand fully that this is a final settlement and disposition of the disputes both as to the legal liability for said accident, casualty, or event and as to the nature and extent of the injury, illness, disease and/or damage which I/we have sustained and I/we understand that liability is denied by Christopher Kingston, Releasee(s), and it is covenanted and agreed between the Releasor(s) and Releasee(s) herein that this release and settlement is not to be construed as consent or an admission of liability on the part of said Releasee(s); that this release and settlement agreement shall not be used by said Releasor(s) or any one on his behalf as a defense or estoppel in any action which is now pending or may be brought hereafter by said Releasee(s) against said Releasor(s) or his agents and servants, and any claim of whatever kind or nature the Releasee(s) might have or hereafter have arising from said accident is expressly reserved to them.

(2) That the undersigned will indemnify and save harmless the Releasee(s) from any and every claim or demand, of every kind or character which may ever be asserted by reason of said injuries, illness, or disease or the effects or consequences thereof, or damage to property or person.

(3) That no promise, agreement, statement or representation not herein expressed has been made to or relied upon by me/us and this release contains the entire agreement between the parties.

IN WITNESS WHERE OF, I/we have hereunto set my/our hand and seal this _____ day of _____, 20 _____

**THIS IS A RELEASE IN FULL**

(SIGNATURE) _____
(SIGNATURE) _____
(SIGNATURE) _____

RL1 (MAR2021)

EXHIBIT A

**CERTIFICATE OF WITNESS**

We certify that this release was signed in our presence by the above who acknowledged that he/she/they understood it fully.

WITNESS _____  ADDRESS _____
WITNESS _____  ADDRESS _____
STATE OF _____  ss.
COUNTY OF _____
    On this _____ day of _____ 20_____, before me personally appeared _____ to me known to be the person(s) named in and who executed the above release and acknowledged that _____ executed the same as _____ own free act and deed.

_____
_____
(OFFICIAL TITLE)

Texas law requires the following to appear on this form. "Any person who knowingly presents a false or fraudulent claim for the payment of a loss is guilty of a crime and may be subject to fines and confinement in state prison."

**MEMBER NATIONAL INSURANCE CRIME BUREAU**

RL1 (MAR2021)

EXHIBIT A