United States Bankruptcy Court
Southern District of Texas
**ENTERED**
March 10, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| In Re: | § | CASE NO. 24-80163-G-13 |
| JAMISON DYER | § | |
| | § | |
| Debtor | § | Chapter 13 |

### ORDER ON MOTION TO APPROVE COMPROMISE OF CONTROVERSY BETWEEN DEBTOR AND CHRISTOPHER KINGSTON, JR. PURSUANT TO SECTION 105 OF THE BANKRUPTCY CODE AND BANKRUPTCY RULE 9019

The Court, having considered the Motion to Approve Compromise of Controversy Between Debtor and Christopher Kingston, Jr. Pursuant to Section 105 of the Bankruptcy Code and Bankruptcy Rule 9019 has concluded that the Settlement is in the best interest of the Debtor and Debtor's estate and Debtor's Motion should be granted. The Settlement attached to the Motion as *Exhibit A* should be approved. Therefore, it is

**ORDERED** that the Settlement between Debtor and Christopher Kingston, Jr. is approved; it is, further,

**ORDERED** that the Settlement proceeds shall be distributed to the Chapter 13 Trustee, Tiffany Castro, P.O. Box 740, Memphis, TN 38101-0740 (the payment must include the Debtor's chapter 13 case number 24-80163)*,* it is, further,

**ORDERED** that Debtor is authorized to execute all documents necessary for the parties to comply with the Settlement and this order.

Signed: March 09, 2025

Alfredo R Pérez
United States Bankruptcy Judge

Submitted by:
*/s/Reese W. Baker*
Reese W. Baker
950 Echo Lane, Suite 300
Houston, Texas 77024
Attorney for Debtor